**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KARINA TAVERAS,

               Plaintiff,                          21 **CIVIL** 6039 (ALC)

     -v-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 08, 2022, that the action be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including offering the plaintiff the opportunity for a hearing and de novo decision in the case in accordance with the Commissioner's rules and regulations, pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:** New York, New York
          September 09, 2022

                                                                                **RUBY J. KRAJICK**

                                                                                **Clerk of Court**

                                            **BY:**

                                                                                **Deputy Clerk**