UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARINA TAVERAS,

                              Plaintiff,

         v.

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

**STIPULATION AND ORDER**

No. 21-cv-6039 (ALC)

        IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the

parties, that Defendant shall pay Plaintiff the sum of eight thousand seven hundred and eighty-

eight dollars and eleven cents ($8,788.11) in attorney's fees pursuant to the Equal Access to

Justice Act ("EAJA"), 28 U.S.C. § 2412, in full satisfaction of any and all claims for attorney's

fees under the EAJA in connection with this action. Fees may be paid to Plaintiff's counsel if

Plaintiff has so agreed in writing, and Plaintiff owes no debt to the federal government that is

subject to offset.

Dated:  March 28, 2024

        OLINSKY LAW GROUP
        *Attorney for Plaintiff*

By:  _____
        HOWARD D. OLINSKY, ESQ.
        250 South Clinton Street, Ste. 210
        Syracuse, New York 13202
        Telephone No.: (315) 701-5780
        Holinsky@windisability.com

Dated:   March 28, 2024

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York
        *Attorney for Defendant*

By:  *Leslie A. Ramirez-Fisher*
        LESLIE A. RAMIREZ-FISHER
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone No.: (212) 637-0378
        Leslie.ramirez-fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: March 28, 2024
        New York, NY