UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
   KARINA TAVERAS,

                          **Plaintiff,**

                       **1:21-cv-06039 (ALC)**
        -against-

                       **ORDER**

   COMMISSIONER OF SOCIAL SECURITY,

                        **Defendant.**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On November 8, 2024, Plaintiff filed a motion for attorneys' fees pursuant to Social Security Act § 406(b)(1). ECF No. 32. On November 25, 2024, this Court ordered the Defendant to show cause as to why Plaintiff's motion should not be deemed unopposed. ECF No. 34. On November 26, 2024, the Defendant responded that they neither support nor oppose counsel's request for attorney's fees under 42 U.S.C. § 406(b). ECF No. 35.

This Court hereby **GRANTS** the Plaintiff's motion for attorney's fees pursuant to Social Security Act § 406(b)(1) and directs the Plaintiff's counsel to reimburse Plaintiff any fees previously received under the EAJA. The Clerk of Court is hereby directed to terminate ECF No. 32.

**SO ORDERED.**

**Dated: January 3, 2025**
       New York, New York                      _____
                                                               **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**